No. 74–1209. WESTINGHOUSE ELECTRIC CORP. ET AL. *v.* COUNTY OF LOS ANGELES ET AL. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of substantial federal question. Reported below: 42 Cal. App. 3d 32, 116 Cal. Rptr. 742.

---

*MR. JUSTICE DOUGLAS took no part in the consideration or decision of cases in which orders hereinafter reported were announced on this date, with the exception of the following:

No. 69–1, *Augenblick* v. *United States, infra,* p. 1007; No. 73–1288, *Alfred Dunhill of London, Inc.* v. *Republic of Cuba, infra,* p. 1005; No. 74–294, *Watson* v. *Kenlick Coal Co., Inc., infra,* p. 1012; No. 74–883, *Federal Power Commission* v. *Moss, infra,* p. 1006; No. 74–1045, *Moss* v. *Federal Power Commission, infra,* p. 1020; No. 74–1063, *Carter* v. *United States, infra,* p. 1020; No. 74–1094, *Womack* v. *United States, infra,* p. 1022; No. 74–1096, *Conk* v. *Clegg, infra,* p. 1007; No. 74–1103, *Estelle* v. *Johnson, infra,* p. 1024; No. 74–1115, *Miller* v. *United States, infra,* p. 1024; No. 74–1144, *Lawrence* v. *South Carolina, infra,* p. 1025; No. 74–1161, *Clements* v. *Faraca, infra,* p. 1006; No. 74–1180, *Pinell* v. *California, infra,* p. 1007; No. 74–1192, *Karp* v. *United States, infra,* p. 1007; No. 74–1207, *American Chemical Corp.* v. *County of Los Angeles, infra,* p. 1007; No. 74–1209, *Westinghouse Electric Corp.* v. *County of Los Angeles, infra,* this page; No. 74–1228, *Miller* v. *United States, infra,* p. 1025; No. 74–1276, *Cotten* v. *Schlesinger, infra,* p. 1027; No. 74–1327, *Democratic Executive Committee of Columbiana County, infra,* p. 1002; No. 74–1342, *Teschner* v. *Chicago Title & Trust Co., infra,* p. 1002; No. 74–1345, *U. S. Merchandise Mart, Inc.* v. *D&H Distributing Co., infra,* p. 1007; No. 74–1362, *Waddell* v. *Fleming, infra,* p. 1007; No. 74–1365, *Joyner* v. *North Carolina, infra,* p. 1002; No. 74–1379, *Poulson* v. *Walsh-Groves, infra,* p. 1002; No. 74–1460, *Augenblick* v. *United States, infra,* p. 1007; and No. 74–6195, *Waugh* v. *Gray, infra,* p. 1027.